# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 12-115(3) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| CARLOTA PONCE, | |
| Defendant, | |

___

Jeffrey Allen and Julie Allen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Leon Trawick, **TRAWICK & SMITH, PA,** 331 Second Avenue South, Suite 515, Minneapolis, MN 55401, for the defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated December 12, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

The Defendant's motions to suppress [Docket Nos. 33 and 35] are **DENIED**.

DATED: January 4, 2013
at Minneapolis, Minnesota.

                                                         s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                           United States District Judge